Matter of Amankwaa (2024 NY Slip Op 04346)

Matter of Amankwaa

2024 NY Slip Op 04346

Decided on August 29, 2024

Appellate Division, First Department

P E R C U R I A M 

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: August 29, 2024
SUPREME COURT, APPELLATE DIVISION
First Judicial Department

Anil C. Singh,J.P.,
Lizbeth González
Tanya R. Kennedy
Julio Rodriguez III
Bahaati E. Pitt-Burke, JJ.

Motion No. 2024-02969 Case No. 2023-03774 

[*1]In the Matter of Kofi O. Amankwaa, a Suspended Attorney: Attorney Grievance Committee for the First Judicial Department, Petitioner, Kofi O. Amankwaa (Admitted as Kofi Owusu Amankwaa) (OCA ATTY. REG. NO. 2742773), Respondent.

Disciplinary proceedings instituted by the Attorney Grievance Committee for the First Judicial Department. Respondent, Kofi O. Amankwaa, was admitted to the Bar of the State of New York at a Term of the Appellate Division of the Supreme Court for the First Judicial Department on March 4, 1996.

Jorge Dopico, Chief Attorney, Attorney Grievance Committee, New York City (Jun H. Lee, of counsel), for petitioner.
Respondent pro se.

P E R C U R I A M 

Respondent Kofi O. Amankwaa was admitted to the practice of law in the State of
New York by the First Judicial Department on March 4, 1996, under the name Kofi
Owusu Amankwaa. He was engaged in the practice of law within the First Judicial Department during certain of the events at issue.
On November 9, 2023, in accordance with the Rules for Attorney Disciplinary Matters (22 NYCRR) § 1240.9 (a) (3), this Court immediately suspended respondent from the practice of law, until further order of this Court, based on his failure over a period of seven months to answer five complaints, submit responsive answers to four other complaints, and produce nine client files as repeatedly requested by the Attorney Grievance Committee (the Committee) and directed by judicial subpoena (Matter of Amankwaa, 221 AD3d 107, 109-110 [1st Dept 2023]). Respondent, who was personally served with the motion to suspend at his last registered business address in accordance with CPLR 308 (2), did not submit a response to the motion.
On November 9, 2023, the Committee served respondent with notice of entry and a copy of the order of suspension by first class mail with USPS tracking at his last registered business address and by email. The Committee's prior notice of motion to suspend contained the following notice:
"PLEASE TAKE FURTHER NOTICE that, pursuant to 22 NYCRR
1240.9(b), an attorney who is suspended under 22 NYCRR 1240.9 and
who has failed to respond to or appear for further investigatory or disciplinary proceedings within six (6) months from the date of the order of suspension, may be disbarred by the Court without further notice."
The Committee now seeks an order disbarring respondent pursuant to
22
NYCRR 1240.9 (b) on the ground that he was immediately suspended pursuant to 22 NYCRR 1240.9 (a) (3) and has neither responded to nor appeared for further investigatory or disciplinary proceedings within six months of the date of his suspension. The Committee served the current motion to disbar by email. To date, respondent has not submitted a response.
Accordingly, as six months have elapsed since this Court's November 9, 2023 suspension order, and respondent has neither responded to, nor appeared for, further investigatory or disciplinary proceedings, the Committee's motion for an order disbarring respondent under 22 NYCRR 1240.9 (b) should be granted and his name is stricken from the roll of attorneys in the [*2]State of New York, effective immediately (see Matter of Tessler, 223 AD3d 102 [1st Dept 2024]; Matter of Meettook, 213 AD3d 151
[1st Dept 2023]; Matter of Greenblum, 207 AD3d 101 [1st Dept 2022]; Matter of
Meltzer, 201 AD3d 28 [1st Dept 2021]).
All concur.
Wherefore, it is Ordered that the motion by the Attorney Grievance Committee for the First Judicial Department for an order pursuant to 22 NYCRR 1240.9(b) disbarring respondent Kofi O. Amankwaa, admitted as Kofi Owusu Amankwaa, is granted, and respondent is disbarred, and his name stricken from the roll of attorneys and the State of New York, effective the date hereof, and until further order of this Court, and
It is further Ordered that, pursuant to Judiciary Law § 90, respondent Kofi O. Amankwaa, admitted as Kofi Owusu Amankwaa, is commanded to desist and refrain from (1) the practice of law in any form, either as principal or agent, clerk or employee of another, (2) appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and
It is further Ordered that respondent, Kofi O. Amankwaa, admitted as Kofi Owusu Amankwaa, shall comply with the rules governing the conduct of disbarred or suspended attorneys (see 22 NYCRR 1240.15), which are made part hereof; and
It is further Ordered that if respondent, Kofi O. Amankwaa, admitted as Kofi Owusu Amankwaa, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith.
Entered: August 29, 2024